| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen<br>Chapter 13 Standing Trustee<br>770 The City Drive South<br>Suite 8500<br>Orange, CA 92868<br><br><br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>**SEP 14 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Duarte **DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

| In re:<br><br>Anthony Lam Nguyen<br><br><br><br><br>Debtor(s). | CASE NO.: 8:11-bk-15976-ES<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING<br>CHAPTER 13 PLAN**<br><br>DATE: July 26, 2011<br>TIME: 1:30 P.M.<br>COURTROOM: 5A<br>PLACE: 411 West 4th Street<br>Santa Ana, CA 92701-4593 |

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on 5/11/2011.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure. The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1. Plan payments:

    a. ☒ The amount of each monthly plan payment is $1,249.00. The due date is 27th day of each month for 60 months. The Plan provides for the payment of 100 % of allowed claims for general unsecured creditors.

    b. ☐ The amount of each monthly plan payment is _____ for months ___. For months __, the monthly plan payment is ___. For months _ , the monthly plan payment is _. The due date is _____ day of each month. The Plan provides for the payment of _____% of allowed claims for general unsecured creditors.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

April 2010                                Page 1                                **F 3015-1.21.ORDER**

3. Other provisions:

   a. ☐ This is a base plan with the debtor(s) paying at least  $0.00  of disposable income into the Plan. The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%. The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

   b. ☒ The Trustee is authorized to make payment to holders of secured claims based on the Plan. However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

   c. ☒ Counsel for debtor(s) is awarded fees of  $4,000.00 ; having previously received  $4,000.00 , counsel is entitled to payment of  $ 0.00  from the estate.

   d. ☐ See attachment for additional provisions incorporated in this Order.

   e. ☒ Interlineations:

   > The Debtor(s) will object to the claim filed by creditor Santander Consumer or obtain an amended claim from the creditor within 90 days from confirmation.

###

DATED: September 14, 2011

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*    Page 2    **F 3015-1.21.ORDER**